UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

JS-6

| | |
|---|---|
| MICHAEL DOTSON, individually, and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>ARIZONA BEVERAGES USA LLC,<br><br>Defendant. | No. 2:22-cv-00923 SVW (MAAx)<br><br>**ORDER GRANTING STIPULATION AND DISMISSING ACTION, WITH PREJUDICE, WITHOUT COSTS AND WITHOUT ATTORNEYS' FEES TO ANY PARTY** |

This matter having come before the Court by way of stipulation of the parties, and the Court having considered the stipulation, and good cause appearing therefor, this action is hereby dismissed with prejudice, without costs and without attorneys' fees to any of the parties. The dismissal is without prejudice to claims of alleged unnamed putative class members.

SO ORDERED this 13th day of January, 2023.

_____
Honorable Stephen V. Wilson
United States District Judge